IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.1:13mj49-JMR

PHUNG NGUYEN

MOTION TO DISMISS CRIMINAL COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Mississippi, by and through his undersigned Assistant, hereby moves to dismiss the Criminal Complaint in Magistrate No. 1:13mj49-JMR against the defendant, PHUNG NGUYEN, without prejudice.

Respectfully submitted,

Dated: April 4, 2013

GREGORY K. DAVIS
United States Attorney

By:   *s/ John A. Meynardie*
John A. Meynardie
Assistant United States Attorney
MS Bar No. 9912
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501
Ph: (228) 563-1560

CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to Ellen M. Allred, attorney for the defendant.

      *s/ John A. Meynardie*
John A. Meynardie
Assistant United States Attorney