IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.: 1:13mj49-JMR

PHUNG NGUYEN

ORDER GRANTING GOVERNMENT LEAVE OF COURT
TO DISMISS THE CRIMINAL COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, on motion [ # 13 ] of the United States Attorney, to dismiss without prejudice the Criminal Complaint in Magistrate No. 1:13mj49-JMR against the defendant, PHUNG NGUYEN, the Court hereby grants Leave of Court for the filing of the dismissal.

SO ORDERED this the ___5TH___ day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE